UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN MORGAN, | ) | 1:02-CV-6316 AWI DLB P |
| Plaintiff, | ) ) | ORDER CORRECTING DEFENDANT'S NAME TO K. DORAN |
| v. | ) ) | (DOCUMENT #80) |
| K. DORAN, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 29, 2005, the parties filed a stipulation that the true name of defendant named as K. Doran, be substituted in place of the incorrect name of Duran as previously stated in the above captioned case.

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendant K. DORAN is the true name of defendant in the above captioned matter and shall be substituted in place of the incorrect name of Duran.

IT IS SO ORDERED.

**Dated:   July 14, 2005**                        /s/ Dennis L. Beck
3c0hj8                                              UNITED STATES MAGISTRATE JUDGE