IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHON MORGAN, | CASE NO. CV-F-02-6316 AWI DLB P |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTIONS TO COMPEL |
| vs. | [Docs 70, 78] |
| DURAN, et al., | |
| Defendants. | |

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Defendants answered the second amended complaint upon which this action proceeds on January 3, 2005 and the Court issued an order opening discovery on January 26, 2005. On April 20, 2005 and June 17, 2005, plaintiff filed motions to compel discovery. Defendants have failed to respond to said motions. On June 29, 2005, plaintiff field a reply to his June 17, 2005 motion which seems to indicate that defendants have now responded to the discovery; however, the Court has received no response from defendants. Defendants are directed to file a response to these motions within 10 days of this Order.

     IT IS SO ORDERED.

**Dated:    August 2, 2005**          **/s/ Dennis L. Beck**
3c0hj8                                                UNITED STATES MAGISTRATE JUDGE

1