# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANTHAN MORGAN,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>K. DORAN; et al.,<br><br>    Defendants - Appellees. | No.  07-15460<br>D.C. No.  CV-02-06316-AWI<br><br>**ORDER** |

This appeal has been taken in good faith   [✓]

This appeal is not taken in good faith   [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: 4-11-07